

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00527-CR

Jessie **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11144
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 21, 2016.

Luz Elena D. Chapa, Justice